NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEROME J. FINOCCHI, )
)
      Appellant, )
)
v. )     Case No. 2D17-4167
)
LINDSAY H. CALDWELL, )
)
      Appellee. )
_____ )

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Pasco
County; Alicia Polk, Judge.

John G. DeGirolamo of The Law Offices of
John DeGirolamo, Tampa, for Appellant.

Jeffrey Grabel and Christy Ferioli of Bay
Area Legal Services, Inc., Dade City; Kristin
A. Norse of Kynes, Markman & Felman,
P.A., for Appellee.

PER CURIAM.

      Affirmed.

SLEET, LUCAS, and BADALAMENTI, JJ., Concur.